# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHARLES COLE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:16-cv-00754-UA-MRM |
| HALSTED FINANCIAL SERVICES, LLC;<br>SYED ALI;<br>PRAN NAVANANDAN; and<br>DOE 1-5,<br>Defendants. | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff CHARLES COLE and all defendants have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by June 30, 2017, at which time the parties will file a stipulated dismissal of the entire action.

May 30, 2017

s/ Megan Lyons
Megan Lyons
Attorney for Plaintiff CHARLES COLE
Lyons Law
(Of Counsel for Centennial Law Offices)
2014 East Robinson Street
Orlando, Florida 32803
Office: 407-476-3437
info@fiercerepresentation.com

**CERTIFICATE OF SERVICE**

I certify that on this date, May 30, 2017, I caused a copy of the foregoing

NOTICE OF SETTLEMENT to be mailed, First Class U.S. Mail, to the following parties:

PRAN NAVANANDAN
8001 N. Lincoln Ave., Suite LL2
Skokie, IL 60077

s/ Megan Lyons
Megan Lyons
Attorney for Plaintiff CHARLES COLE
Lyons Law
(Of Counsel for Centennial Law Offices)
2014 East Robinson Street
Orlando, Florida 32803
Office: 407-476-3437
info@fiercerepresentation.com
