# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHARLES COLE,<br><br>  Plaintiff,<br><br>v.<br><br>HALSTED FINANCIAL SERVICES, LLC;<br>SYED ALI;<br>PRAN NAVANANDAN; and<br>DOE 1-5,<br>  Defendants. | Civil Action No. 2:16-cv-00754-UA-MRM |

### STIPULATION TO DISMISS ENTIRE ACTION

The parties to this stipulation agree that the entire action against all defendants be dismissed on the merits, with prejudice, and without attorneys' fees or costs to any party.

September 28, 2017

s/ Megan Lyons
Megan Lyons
Attorney for Plaintiff CHARLES COLE
Lyons Law
(Of Counsel for Centennial Law Offices)
2014 East Robinson Street
Orlando, Florida 32803
Office: 407-476-3437
info@fiercerepresentation.com

s/West A. Holden
West A. Holden
Attorney for Defendants
HALSTED FINANCIAL SERVICES, LLC;
SYED ALI; and PRAN NAVANANDAN
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
 Tel: 305-358-7747
 Fax: 305-577-1063
 wholden@hinshawlaw.com

## CERTIFICATE OF SERVICE

I certify that on this date, September 28, 2017, I electronically filed the foregoing Stipulated Dismissal of Entire Action through the ECF system, which will send a notice of electronic filing to all parties registered therein.

s/ Megan Lyons
Megan Lyons
Attorney for Plaintiff CHARLES COLE
Lyons Law
(Of Counsel for Centennial Law Offices)
2014 East Robinson Street
Orlando, Florida 32803
Office: 407-476-3437
info@fiercerepresentation.com
